| | |
|---|---|
| 1 | MATTHEW S. PONZI (Admitted *Pro Hac Vice*) |
| | EDWARD P. MURPHY (State Bar No. 182778) |
| 2 | **FORAN GLENNON PALANDECH** |
| | **PONZI & RUDLOFF PC** |
| 3 | 200 Pringle Avenue, Suite 410 |
| | Walnut Creek, CA  94596 |
| 4 | Telephone: (925) 357-8640 |
| | Facsimile: (510) 740-1501 |
| 5 | Email: mponzi@fgppr.com |
| | emurphy@fgppr.com |

Attorneys for Defendant FEDERAL INSURANCE COMPANY (erroneously named and sued as "CHUBB GROUP OF INSURANCE COMPANIES DBA FEDERAL INSURANCE COMPANY")

IVO LABAR (SBN 203492)
labar@sawyerlabar.com
ADRIAN SAWYER (SBN 203712)
sawyer@sawlerlabar.com
**SAWYER & LABAR LLP**
201 Mission Street, 22nd Floor
San Francisco, CA 94105
Telephone: 415.262.3820

Attorneys for Plaintiffs, HEIDI JACQUIN, an individual; and DAVID JACQUIN, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI JACQUIN, an individual; and DAVID JACQUIN, an individual, | Case No.  3:20-CV-09441-JSW |
| Plaintiffs, | [PROPOSED] **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | **[Hon. Jeffrey S. White]** |
| CHUBB GROUP OF INSURANCE COMPANIES DBA FEDERAL INSURANCE COMPANY, a corporation, and DOES 1-10, inclusive, | Complaint Filed: November 9, 2020 |
| | Trial: May 23, 2022 |
| Defendants. | |

-1-
[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE
CASE NO.: 3:20-CV-09441-JSW

**ORDER**

Based on the Parties' stipulation, and good cause otherwise appearing,

IT IS ORDERED that this action is dismissed with prejudice and each side to bear its own costs.

DATED: __May 18__, 2022

_____
THE HONORABLE JEFFREY S. WHITE